IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERRY SIMERSON,                )
                               )
            Plaintiff,         )
                               )
    v.                         )      1:22CV420
                               )
BELGER, et al.,                )
                               )
            Defendant(s).      )

## ORDER

On August 29, 2022, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge=s Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims against Defendants Jail Finance and Nurses Mary, Cindy, and Joey, are DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. The dismissal as to the nurses is without prejudice to Plaintiff filing an amended complaint stating a claim for relief against one or more of them, and the dismissal of the claim involving Plaintiff's property is without prejudice to Plaintiff seeking recourse in the state courts.

September 23, 2022

/s/   Thomas D. Schroeder
United States District Judge